Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Bettie A. BROWN Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT, Respondent.

### No. 2008–3023.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2007.

Bettie A. Brown, pro se.

### ORDER

Order Vacated, See 2008 WL 239822.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Steven C. MOOREHEAD, Petitioner,

v.

### DEPARTMENT OF THE INTERIOR, Respondent.

### No. 2008–3011.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2007.

Steven C. Moorehead, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Gloria B. SALTER, Petitioner,

v.

### DEPARTMENT OF VETERANS AFFAIRS, Respondent.

### No. 2008–3024.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2007.

Gloria B. Salter, pro se.

280

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.